IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRANK SKINNER**   PLAINTIFF
*Reg. #23455-076*

v.   CASE NO. 2:23-CV-00034-BSM

**NWANNEM OBI-OKOYE,** *et al.*   DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Patricia S. Harris's recommendation [Doc. No. 63] is adopted and defendants' motions for summary judgment [Doc. Nos. 32 & 36] are granted. Frank Skinner's *Bivens* claims against Nwannem Obi-Okoye and Rosemary Stiles are dismissed with prejudice, and the clerk is directed to close this case.

IT IS SO ORDERED this 18th day of March, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE