IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FRANK SKINNER**                                                                                         **PLAINTIFF**
*Reg. #23455-076*

v.                               CASE NO. 2:23-CV-00034-BSM

**NWANNEM OBI-OKOYE,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on May 15, 2023 [Doc. No. 11] and today, Frank Skinner's *Bivens* claims against Nwannem Obi-Okoye and Rosemary Stiles are dismissed with prejudice and all his other claims are dismissed without prejudice.

IT IS SO ORDERED this 18th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE